UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESO R. MEZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE HOME FINANCE, LLC, et al.,<br><br>　　　　　Defendants. | No. 2:14-CV-00565-MCE-DAD<br><br><br><br>**ORDER** |

　　　　Plaintiff filed his Complaint in this action on February 27, 2014.  ECF No. 1.  On March 31, 2015, the Court issued an order noting that Plaintiff had not filed anything since his complaint.  ECF No. 4.  The Court ordered Plaintiff to, within ten days, show cause in writing why this case should not be dismissed for failure to adhere to the Eastern District of California Local Rules, the Federal Rules of Civil Procedure, and the orders of this Court.  Id.  Plaintiff has failed to comply with the Court's March 31, 2015 Order.

///

///

///

///

///

1

1     Pursuant to the Court's March 31, 2015 Order and Federal Rule of Civil
2 Procedure 41(b), this action is DISMISSED with prejudice.  The Clerk of the Court is
3 directed to close this case.

4     IT IS SO ORDERED.

5 Dated: April 28, 2015

                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                UNITED STATES DISTRICT COURT